COMPLAINT FOR DAMAGES – CIVIL RIGHTS VIOLATIONS, DISABILITY

DISCRIMINATION, AND NEGLIGENCE

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Boston, MA 02210



Bradley Laurent

Plaintiff

v.

Brigham and Women's Hospital, a nonprofit hospital, and affiliated parties

Defendant(s)


Civil Action No. _____

(To be assigned by the Court)


INTRODUCTION

1. Plaintiff Bradley Laurent brings this civil action against Brigham and Women's
Hospital for violating his civil and disability rights, committing gross negligence,
and subjecting him to inhumane and discriminatory treatment on or about May
25, 2025. This action arises from the hospital's egregious disregard for Mr.
Laurent's rights and well-being, leaving him in a state of peril and distress after
discharging him despite knowledge of his vulnerable status, resulting in physical
danger, emotional trauma, and ongoing hardship.


JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. §
1343 (civil rights violations), and applicable federal statutes, including Title III
of the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12181–12189, Section
504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, and 42 U.S.C. § 1983.
2. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the events giving
rise to this action occurred within the District of Massachusetts.

PARTIES

1. Plaintiff Bradley Laurent is a 22-year-old individual with Temporary Protected Status (TPS), residing at 47 West Street, Boston, MA 02111. He is currently homeless and suffers from a physical disability, specifically an inflamed ankle rendering him non-weight-bearing.

2. Defendant Brigham and Women's Hospital is a private nonprofit medical institution located at 75 Francis Street, Boston, MA, and part of the Mass General Brigham health system, incorporated under Massachusetts law with its principal place of business in Boston, MA.


FACTUAL ALLEGATIONS

1. On or about May 24, 2025, Plaintiff presented to the Emergency Department at Brigham and Women's Hospital with left lower extremity (LLE) pain, redness, warmth, and a scabbed wound. He was diagnosed with cellulitis and given one dose of cephalexin.

2. On May 25, 2025, at approximately 12:00 AM, Plaintiff was discharged from the hospital despite being homeless, non-weight-bearing due to an inflamed ankle, and medically vulnerable.

3. Plaintiff informed hospital staff that he could not walk, had nowhere to go, and requested to stay temporarily until local businesses or shelters opened, specifically asking for a referral to Bridge Over Troubled Water. His requests were refused.


4. Hospital security forcibly removed Plaintiff from the premises, leaving him outside in the cold, immobile, and unattended, with his personal belongings mishandled against his instructions. The weather conditions were inclement, with temperatures dropping to approximately 40°F, exacerbating his vulnerability.

5. Plaintiff's belongings were mishandled without his consent, and staff refused to allow him to remain until transportation or shelter could be arranged unless he re-admitted himself as a patient.

6. As a result of this incident, Plaintiff suffered emotional distress, physical hardship, humiliation, and endangerment, exacerbated by his status as a 22-year-old Black man of Haitian descent with a physical disability.

CAUSES OF ACTION

Count I – Disability Discrimination (ADA, 42 U.S.C. § 12182)

1. Defendant failed to provide reasonable accommodations for Plaintiff's disability, such as temporary shelter or transportation assistance, violating Title III of the ADA, 42 U.S.C. § 12182, which prohibits discrimination against individuals with disabilities in public accommodations, including hospitals.

Count II – Violation of Rehabilitation Act (29 U.S.C. § 794)

1. Defendant, as a recipient of federal funding, discriminated against Plaintiff based on his disability by discharging him without ensuring his safety or access to care, violating Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

Count III – Gross Negligence and Reckless Endangerment

1. Defendant's actions in discharging Plaintiff while homeless and disabled, and forcibly removing him into unsafe conditions, constituted gross negligence and reckless endangerment under Massachusetts law, showing a willful disregard for his safety and well-being.

Count IV – Violation of Civil Rights (42 U.S.C. § 1983)

1. Defendant, acting under color of state law through its affiliation with Mass General Brigham and its role as a public accommodation, deprived Plaintiff of his civil rights, including equal protection, violating 42 U.S.C. § 1983, by discriminating against him based on his disability and race.

Count V – Failure to Provide Emergency Services (State Law Negligence)

1. Defendant failed to provide adequate emergency services or discharge planning, breaching its duty of care under Massachusetts law and violating M.G.L. c. 111 § 70E (Patient's Rights), which ensures patients receive appropriate care and protection.

RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

A. Award compensatory damages in the amount of $55 million for injuries suffered, including physical pain, emotional distress, humiliation, and trauma;

B. Award punitive damages as determined by the Court due to Defendant's reckless disregard for Plaintiff's rights and safety;

C. Declare that Defendant's conduct violated federal and state law;

D. Grant injunctive relief requiring Defendant to implement policies ensuring reasonable accommodations for disabled and homeless patients, such as mandatory discharge planning and staff training;

E. Grant such other and further relief as the Court deems just and proper.


JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

Bradley Laurent

47 West Street

Boston, MA 02111

laurentbradley0@gmail.com

(445) 285-9479


Pro Se Plaintiff

Dated: June 6, 2025