UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Bradley Laurent,

Plaintiff,

v.

Brigham and Women's Hospital,

Defendant.

Case No.:

(To be assigned)

## MOTION TO PERMIT USE AND POSSESSION OF PERSONAL ELECTRONIC DEVICE

Pursuant to the local rules of this Court and for good cause shown, Plaintiff Bradley Laurent, proceeding pro se, respectfully moves this Court for permission to bring and possess his personal smartphone within the John Joseph Moakley United States Courthouse for the limited purpose of filing a new civil complaint and accessing case-related materials stored on the device.

In support of this motion, Plaintiff states:

1. Plaintiff is filing a new civil action against Brigham and Women's Hospital and is proceeding without legal counsel.
2. The smartphone contains essential case-related information, including legal documents, evidence, and notes required for the preparation and submission of filings to the Court.
3. Plaintiff agrees to comply fully with all courthouse security procedures and policies and will not use the device for any personal purposes within the courthouse.

4. Plaintiff further agrees that the device will remain powered off except when actively being used for accessing relevant case materials, and that it will not be used for photography, audio or video recording, or communication from within courtroom areas.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to bring and use his personal electronic device for purposes directly related to the filing and management of this case.

Respectfully submitted,

Dated: 06/06/2025

/s/ Bradley Laurent

Bradley Laurent

47 West St

Boston, MA 0211

laurentbradley0@gmail.com

(445) 285-9479

Pro Se Plaintiff