UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADLEY LAURENT,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIGHAM AND WOMEN'S HOSPITAL,<br><br>    Defendant. | Civil Action No. 1:25-11663-JCB |

ORDER

September 10, 2025

Boal, M.J.

On June 6, 2025, pro se plaintiff Bradley Laurent filed a complaint against Brigham and Women's Hospital [ECF No. 1]. On July 2, 2025, he filed an "amended complaint" that stated, among other things, that it "supplements the Plaintiff's original filing." [ECF No. 5].

On July 10, 2025, this Court directed Laurent to advise the Court by August 4, 2025, whether the July 2, 2025 complaint is intended to be an amended or supplemental pleading. [ECF No. 6]. The July 10th Order also granted Laurent leave to proceed in forma pauperis and denied his request for leave to permit use of a smartphone in the courthouse. [Id.].

On August 25, 2025, Laurent filed a motion for a hearing. [ECF No. 8]. In the motion, Laurent states that he served his pleadings on the defendant and seeks a hearing "to address the status of the case, ensure clarity on the operative pleading, and resolve Defendant's failure to respond." [Id. at 1]. In addition to requesting a hearing, Laurent "confirms that Document 5 is his **Amended Complaint** and replaces the original Complaint in its entirety." [Id. (emphasis in original)].

At this early juncture in the proceedings, the Court declines to schedule a hearing and denies Laurent's pending motion. Moreover, because a summons has not been issued by the clerk, a response from the defendant is not yet due. Although Laurent's response is untimely, the Court acknowledges the clarification that his Amended Complaint is the operative pleading.

Accordingly, the Court hereby orders:

1. The motion for hearing [ECF No. 8] is DENIED.

2. The Clerk shall provide the plaintiff with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package"). The parties shall indicate their consent or refusal to the jurisdiction of the Magistrate Judge by completing and separately filing the form entitled "Notice to Parties in Pro Se Prisoner Litigation Cases." The form must be filed on paper within thirty days after the date of service on the last party.

3. The Clerk shall issue a summons for service of the Amended Complaint [ECF No. 5].

4. The Clerk shall send the summons, consent package, a copy of the Amended Complaint, and this Order to the plaintiff, who must serve the defendant with these documents in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshals Service. If directed by the plaintiff to do so, the United States Marshals Service shall serve the above-referenced documents and this Order upon the defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding this Order to the United States Marshal Service, it remains plaintiff's responsibility to provide the United States Marshal Service with all necessary paperwork and service information.

5. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 90 days from the date of this Order to complete service.

SO ORDERED.

    /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge